```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

          -v.-                     :    08 Cr.

JEFFREY ROSE,                      :

     a/k/a "Bronx,"                :

               Defendant.          :

- - - - - - - - - - - - - - - - - -x
```

**08 CRIM 765**

COUNT ONE
(Crack Conspiracy)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG __ 2008

The Grand Jury charges:

1. From on or about October 14, 2007, up to and including on or about October 16, 2007, in the Southern District of New York and elsewhere, JEFFREY ROSE, a/k/a "Bronx," the defendant, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JEFFREY ROSE, a/k/a "Bronx," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a Schedule II controlled substance, to wit, approximately 26 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as

"crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

COUNT TWO
(Crack Distribution)

The Grand Jury further charges:

3. From on or about October 14, 2007, up to and including on or about October 16, 2007, in the Southern District of New York and elsewhere, JEFFREY ROSE, a/k/a "Bronx," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute, a Schedule II controlled substance, to wit, approximately 26 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812,
841(a)(1), 841(b)(1)(B).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JEFFREY ROSE,
a/k/a "Bronx,"

Defendant.

INDICTMENT

08 Cr.

(Title 21, United States Code,
Sections 812, 841, and 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Cynthia Carrasquillo*
Foreperson.