United States District Court
Southern District of New York
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
            - v. -                :              765
                                  :      08 Cr. 776 (JSR)
JEFFREY ROSE,                     :
                                  :         ORDER
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by and through Michael J. Garcia, United States Attorney, Amanda Kramer, of counsel, it is hereby ORDERED that the time between today's date and August 26, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the Government to produce discovery, and will also permit the Government and the defendants, through their attorneys, to discuss a possible disposition of the case.

SO ORDERED.

August 21, 2008

Jed S. Rakoff, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-22-08

TOTAL P.03